**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1888**

---

ZELPHIA HACKWORTH, Widow of James W.
Hackworth,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS; UNITED STATES DEPARTMENT OF LABOR;
JEWELL RIDGE COAL CORPORATION,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(96-1391-BLA)

---

Submitted: March 12, 1998          Decided: March 23, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Zelphia Hackworth, Petitioner Pro Se.  Patricia May Nece, Helen H.
Cox, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Timothy
Ward Gresham, PENN, STUART, ESKRIDGE & JONES, Abingdon, Virginia,
for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Petitioner seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (1994). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Hackworth v. DOWCP, No. 96-1391-BLA (BRB June 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED